# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165  

jandrophy@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620


MEMO ENDORSED

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 1/13/2020

January 10, 2020

**VIA ECF**  
Hon. Valerie E. Caproni  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: **Nestor Victor v. Sam's Deli Grocery Corp. et al**  
**Case No. 19-cv-2965-VEC**

Dear Judge Caproni:

We represent Plaintiffs in the above-referenced matter. We respectfully request an adjournment of the initial pretrial conference scheduled for January 24, 2020 at 10:00 a.m. Defendants' attorney has not responded to several requests for his consent to the requested adjournment.

The reason for the request is that the undersigned will be out of state on vacation on the date of the conference. I respectfully request that the conference be adjourned to January 31 or March 27. This is the first request for an adjournment of the initial conference.

We thank the Court for the time and attention to this matter.

Respectfully Submitted,

/s/ *Joshua S. Androphy*  
Joshua S. Androphy  
Michael Faillace & Associates, P.C.  
Attorney for Plaintiffs

Application GRANTED. The IPTC scheduled for January 24, 2020, is ADJOURNED to **January 31, 2020, at 10:00 a.m.** The parties' joint preconference letter and proposed Case Management Plan are due no later than **January 23, 2020**.

SO ORDERED.

*[signature]*  
1/13/2020  
HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*