UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
PASTOR NESTOR VICTOR, individually and on    :
behalf of all others similarly situated,     :
                                             :
                            Plaintiff,       :
                                             :         19-CV-2965 (VEC)
            -against-                        :
                                             :              ORDER
                                             :
                                             :
SAM'S DELI GROCERY CORP., d/b/a Sam's        :
Deli; SAMEER ALI; WALID MOHAMED SEIDI;       :
LOU DOE,                                     :
                                             :
                            Defendants.      :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before this Court for an initial pretrial conference on January 31, 2020;

IT IS HEREBY ORDERED that Plaintiff must voluntarily dismiss Defendants Ali and Doe or move for an order to show cause for entry of default judgment against them no later than **February 14, 2020**.

IT IS FURTHER ORDERED that Defendants Sam's Deli Grocery Corp. and Ali must answer or otherwise respond to the Complaint no later than **February 14, 2020**.

The parties are reminded that the Court is happy to refer them to the Magistrate Judge for a settlement conference upon a joint request.

**SO ORDERED.**

**Date: January 31, 2020**  
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**