UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASTOR NESTOR VICTOR, individually and on behalf of all others similarly situated,

            Plaintiff,

against

SAM'S DELI GROCERY CORP d/b/a SAM'S DELI, et al.,

            Defendants.

CIVIL ACTION NO.: 19 Civ. 2965 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On July 17, 2020, in response to email communications to the Court regarding Defendants' counsel's ability to continue representing Defendants, the Court granted Defendants 30 days to find new counsel and ordered Defendant Walid Mohamed Seidi to file a letter by August 17, 2020 informing the Court whether he retained new counsel or intended to proceed pro se. (ECF No. 59). Mr. Seidi has failed to do so and Attorney Harold H. Weisberg is still listed as Defendants' counsel. The parties are directed to file a joint letter by **Monday, August 31, 2020**, answering the following:

1. whether Attorney Weisberg is able to and plans to continue representing Defendants;
    a. if not, when he intends to move to withdraw his representation;
    b. if not, whether Defendants have attained new counsel;
        i. if so, when new counsel intends to file a notice of appearance; and
2. whether the parties are prepared to proceed with the Settlement Conference scheduled for September 11, 2020 at 2:00 pm.

Dated:        New York, New York
               August 26, 2020

                                                SO ORDERED

                                         _____
                                         **SARAH L. CAVE**
                                         **United States Magistrate Judge**