USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PASTOR NESTOR VICTOR, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

              -against-

SAM'S DELI GROCERY CORP., *d/b/a Sam's Deli*, and WALID MOHAMED SEIDI,

                             Defendants.
------------------------------------------------------------- X

19-CV-2965 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 30, 2020, the parties reached an agreement on all issues before the Magistrate Judge;

       WHEREAS on October 2, 2020, the Court ordered that, should the parties wish to dismiss the action with prejudice, they must file a joint letter motion and proposed settlement agreement not later than October 30, 2020 (Dkt. 68);

       WHEREAS on November 2, 2020, the Court granted the parties' request for an adjournment to November 6, 2020 of the deadline to file their joint letter motion and proposed settlement agreement (Dkt. 70); and

       WHEREAS as of the date of this order, the Court has not received the parties' joint letter motion or proposed settlement agreement;

       IT IS HEREBY ORDERED that the parties must appear for a teleconference before the Court on **November 13, 2020, at 11:30 a.m.** The parties may dial-in using (888) 363-4749 // access code: 3121171 // security code: 2965.

**SO ORDERED.**

Date: **November 10, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**