UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASTOR NESTOR VICTOR, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

SAM'S DELI GROCERY CORP d/b/a SAM'S DELI, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 2965 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The parties shall file a joint letter updating the Court regarding the status of this action by no later than **Friday, August 13, 2021**.

Dated:    New York, New York
            August 9, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**