UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASTOR NESTOR VICTOR, individually and on
behalf of all others similarly situated,

Plaintiff,

-v-

SAM'S DELI GROCERY CORP d/b/a SAM'S DELI, et
al.,

Defendants.

CIVIL ACTION NO.: 19 Civ. 2965 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On September 3, 2021, the Court granted attorney Enrique Leal's Motion to Withdraw as counsel for Defendants Sam's Deli Grocery Corp. ("Sam's") and Walid Mohamed Seidi ("Mr. Seidi"). (The "Withdrawal Order" (ECF No. 86)). The Court reminded Defendants in the Withdrawal Order that "corporate defendants — such as Sam's [] — cannot proceed pro se" and directed them to retain new counsel and have their counsel enter an appearance by October 4, 2021. (Id.) The Court warned that "[f]ailure to respond to this Court Order may lead to entry of a certificate of default and a default judgment." (Id.) (citing Fed. R. Civ. P. 55(a)).

The Court warns Defendants again that the failure to respond to this Court order may lead to entry of a default Judgment.

By **Friday, November 5, 2021**, (i) Mr. Seidi shall file a letter indicating whether he will retain counsel or appear pro se in this action, and (ii) Sam's shall retain new counsel and have that counsel enter an appearance in this action.

The Clerk of Court is respectfully directed to mail a copy of this Order on Defendants at the address below.

Dated:       New York, New York
             October 15, 2021

                              SO ORDERED.

                              _____

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**

Mail To:     Sam's Deli Grocery Corp.
             7 East 170th Street, Bronx, New York 10452
             Walid Mohamed Seidi
             7 East 170th Street, Bronx, New York 10452