**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PASTOR NESTOR VICTOR, *individually and*
*on behalf of others similarly situated,*

                              *Plaintiff,*

-against-

SAMS DELI GROCERY CORP. (D/B/A
SAM'S DELI), SAMEER ALI, WALID
MOHAMED SEIDI, and LOU DOE,

                              *Defendants.*
-------------------------------------------------------------------X

**19-cv-02965-SLC**

**PROPOSED DEFAULT JUDGMENT**

## **JUDGMENT**

On April 3, 2019, this action was commenced by Plaintiff's filing of the complaint and this Court's issuance of the summons. The summons and Complaint in this action having been duly served on the above-named defendant SAMS DELI GROCERY CORP. (D/B/A SAM'S DELI), and WALID MOHAMED SEIDI, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of CSM Legal, PC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, PASTOR NESTOR VICTOR, have judgment jointly and severally against the defendants SAMS DELI GROCERY CORP. (D/B/A SAM'S DELI), and WALID MOHAMED SEIDI, and in the amount of $172,897.75, including compensatory damages and permissible liquidated damages, plus pre-judgment interest in the amount of $_____ (calculated

- 2 -

at the rate of 9% per annum interest upon $79,621.88 from the date March 17, 2016 to the date of judgment), all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is also awarded attorney's fees in the amount of $15,880.00, and costs in the amount of $842.40, all computed as provided in 28 U.S.C. § 1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

_____
Hon. Sarah L. Cave
United States Magistrate Judge